No. 1201. GEORGE CHAPRALES v. W. I. BIDDLE, WARDEN, ETC. Appeal from the District Court of the United States for the District of Kansas. June 8, 1925. *Per Curiam.* Decree affirmed *ex mero motu,* upon the authority of *Ex parte Parks,* 93 U. S. 18; *Ex parte Yarborough,* 110 U. S. 651; *Henry* v. *Henkel,* 235 U. S. 219; *McMicking* v. *Shields,* 238 U. S. 99. *Mr. Albert S. Marley* for appellant. *The Solicitor General* and *Mr. Harry S. Ridgely* for appellee.

No. 430. MERRIAM & MILLARD COMPANY v. CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY. Error to the Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted June 1, 1925. Decided June 8, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Baker* v. *White,* 92 U. S. 176, 179; *United States* v. *Beatty,* 232 U. S, 463, 466; *Collins* v. *Miller,* 252 U. S. 364, 370. *Messrs. T. Byron Clark, Bruce Scott* and *Kenneth F. Burgess* for the defendant in error in support of the motion. *Messrs. Edward P. Smith* and *Francis S. Howell* for plaintiff in error in opposition to the motion.